# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA KRAMER,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMHAR,** | : | **No. 19-1253** |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 23rd day of December, 2019, upon consideration of the motion to compel (Doc. No. 29), COMHAR's opposition (Doc. No. 35), and the Court having conducted a telephone conference on the discovery motion on December 19, 2019, it is **ORDERED** that the motion to compel (Doc. No. 29) is **DENIED.**

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**